**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01017-CV

**IN THE MATTER OF CYNTHIA HOUSTON AND CHARLES ANTHONY ALLEN SR.,**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **DENY** appellant's May 22, 2014 motion to transfer records from his appeal to the Texas Supreme Court. This Court will transfer records only at the request of the Texas Supreme Court. *See* TEX. R. APP. P. 54.2(a).

/s/     DAVID LEWIS
          JUSTICE